In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00046-CR
_____

IN RE ROLANDO GUTIERREZ

_____

**Original Proceeding**
_____

**MEMORANDUM OPINION**

In this mandamus proceeding, Rolando Gutierrez seeks to compel the Montgomery County Jail to allow him to spend more time in the law library while he prepares his case for trial. Although he does not identify the respondent by any name other than Montgomery County Jail, Gutierrez evidently seeks mandamus relief against the sheriff of Montgomery County, or one or more deputies, in connection with a criminal case that has not proceeded to judgment. *See* Tex. Local Gov't Code Ann. § 351.041 (West 2005). Gutierrez is not requesting relief against a judge of a district or county court, and he has not shown that the requested relief is necessary to enforce our jurisdiction. Tex. Gov't Code Ann. § 22.221 (a), (b)

(West 2004). Because Gutierrez is not entitled to mandamus relief from this Court, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Opinion Delivered February 19, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.